JS-6

1  DEAN B. HERMAN, SBN 076752
2  MICHELLE B. DYKSTRA, SBN 189112
   MENDES & MOUNT, LLP
3  445. South Figueroa Street, 38th Floor
   Los Angeles, CA  90071-1601
4  Ph;  (213) 955-7700;
   Fax:  (213) 955-7725
5  E-mail:  dean.herman@mendes.com;
       michelle.dykstra@mendes.com
6
   Attorneys for Defendant
7  TWIN CITY FIRE INSURANCE COMPANY,
   erroneously sued as TWIN CITIES FIRE
8  INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWARD LABORATORIES, INC., a California Corporation, and KENNETH GERENRAICH, An Individual,<br><br>          Plaintiffs,<br>  vs.<br><br>TWIN CITIES FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>          Defendant. | Case No.:  SA CV 07-972 JVS (RNBx)<br><br>**JUDGMENT**<br><br><br>**DATE: MARCH 24, 2008**<br>**TIME: 1:30 P.M.**<br>**DEPT:   10C** |

This matter came on for hearing on March 24, 2008, in Courtroom 10C of the United States District Court, Central District of California, the Honorable James V. Selna presiding, upon defendant Twin City Fire Insurance Company's ("Twin City") motion for summary judgment, or in the alternative, partial summary judgment on the first claim for declaratory relief, the second claim for breach of contract, and the third claim for breach of the implied covenant of good faith and fair dealing, all relating to Twin City's alleged duty to defend the plaintiffs in the underlying action entitled *Edward Pribonic v. Woodward Labs., et al.,* Orange County Superior Court Case No. 05CC07550 (the "Pribonic Action").

1  Both Twin City and Plaintiffs were represented by their respective counsel.
2  After considering the parties' submissions, and the arguments of counsel, the Court
3  granted Twin City's motion for summary judgment.
4  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:
5  By reason of the Court's ruling on the motion for summary judgment,
6  judgment is hereby entered in favor of Twin City and against Plaintiffs as to all
7  claims for relief.
8  Twin City, as the prevailing party, shall recover from the plaintiffs its
9  taxable costs of suit in this matter in the sum of $_____ as taxed by the
10 Clerk under the provisions of Federal Rule of Civil Procedure 54.  The sum
11 awarded by this Court as costs shall bear post-judgment interest at the current U.S.
12 Treasure Constant Maturity rate, from the date this judgment is entered until it is
13 paid.

15  IT IS SO ORDERED.

17 Dated:  April 02, 2008          By:_____
18                                     James V. Selna
                                       United States District Judge